ERNEST KOEPPICUS and FRANCIS PETTIT, Respondents, v. ISLAND IMPROVEMENTS, INC., Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. In view of the circumstances involved in this case, we are of opinion that there should be a new trial before a jury. Find-

ings of fact and conclusions of law inconsistent herewith are reversed. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur. Settle order on notice.